816

[ Fox v. Coleman ]

Nathanael Fox plaint. ag$^t$ William Coleman Defend$^t$ John Comer Attourny to the plaint. withdrew this action

[ Hawford v. Scotto and Endicott ]

Samuel Hawford plaint. ag$^t$ John Scotto & John Endicot Exec$^{rs}$ of the last will and Testam$^t$ of Andrew Sheppard Defend$^t$ in an action of the case for taking into theire charge one quarter part or so much as may appeare of the Barque Thomas and Mary that belongs to s$^d$ Hawford and giving no account to the plaintife of the disposeing or Selling of the Barque or of her voyages or Earnings whereby the plaintife is damnified Fifty pounds or thereabouts in mony with all other due damages etc. . . . The Jury . . . found for the Defend$^{ts}$ costs of Court allowed three Shillings and ten pence.

[ See Alford v. Endicott, above, p. 426. ]